FRANK KILIAN, JR., BY NEXT FRIEND, ET AL., RESPOND-
ENTS, v. THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA, APPELLANT.

Submitted February 14, 1941—Decided May 1, 1941.

For the respondents, *Goldstein & Goldstein.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, CASE, DONGES, HEHER, PERSKIE, COLIE, DEAR, WELLS,
WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 14.

*For reversal*—None.